IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RAMON BOYCE,

        Petitioner,      :    Case No. 3:12-cv-285

- vs -      :    District Judge Timothy S. Black
            Magistrate Judge Michael R. Merz

WARDEN, LONDON    :
CORRECTIONAL INSTITUTION

        Respondent.    :

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. #15), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's *de novo* review, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that the Petition is DISMISSED with prejudice. Petitioner is also DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would not be taken in objective good faith.

February 22, 2013.

                                                      Timothy S. Black
                                                      United States District Judge