# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**RAMON BOYCE,**             **CASE NO. 3:12-cv-285**

    Petitioner,             **Judge Timothy S. Black**
                                   **Magistrate Judge Michael R. Merz**

   **-vs-**

**WARDEN, London Correctional Institution,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 15) of the United States Magistrate Judge is **ADOPTED**; the Petition is **DISMISSED** with prejudice; any request for a certificate of appealability would be **DENIED** and an appeal of this Order would not be taken in objective good faith*;* and the case is **TERMINATED** from the docket.

Date: February 22, 2013                                   **JOHN P. HEHMAN, CLERK**

                                                                                         By: s/ M. Rogers
                                                                                         Deputy Clerk